IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-02406-SKC

JOHN MEGGS, et al.

    Plaintiffs,

vs.

5970 E 64th, LLC,

    Defendant.

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by and between the Plaintiffs, and the Defendant, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action be dismissed with prejudice, a resolution of all matters in dispute having been made pursuant to a settlement agreement executed between the parties.

Respectfully Submitted,

| | |
|---|---|
| /s/ Jon G. Shadinger Jr. | /s/ Amanda H. Halstead |
| Jon G. Shadinger Jr., Esq. | Amanda H. Halstead, Esq. |
| Shadinger Law, LLC | Mills Halstead Zaloudek LLC |
| 717 E. Elmer Street, Suite 7 | 600 Seventeenth Street, Suite 2800 |
| Vineland, NJ 08360 | Denver, Colorado 80202 |
| js@shadingerlaw.com | Phone: (303) 226-5861 |
| Phone (609) 319-5399 | aah@mhzlegal.com |
| Fax (314) 898-0423 | *Attorneys for Defendant* |
| *Attorney for Plaintiffs* | |

Dated: 03/08/2020

11